UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Phillip A. Rimmer,

        Plaintiff,                        Civil No. 13-548 (JNE/JJG)
                                               ORDER

v.

John Doe, Inc., Huddleston Law Office, PLLC
d/b/a Huddleston Law, PLLC, a Kentucky
limited liability company, French &
Associates, a Kentucky limited liability
company, Russel French, an individual, Lee
Huddleston, Esq., an individual, and John Doe
1, an individual,

                     Defendants.

      This case is before the Court on a Report and Recommendation issued by the Honorable Jeanne J. Graham, United States Magistrate Judge, on August 30, 2013. The Magistrate Judge recommended that Defendant Lee Huddleston's Motion to Dismiss the complaint be granted because of a lack of personal jurisdiction over him. No objections to the Report and Recommendation were filed. Plaintiff had previously filed a notice of voluntary dismissal, [Docket No. 12], of Defendants Huddleston Law Office, PLLC d/b/a Huddleston Law, PLLC, a Kentucky limited liability company; French & Associates, a Kentucky limited liability company; and Russel French, an individual. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Magistrate Judge's Report and Recommendation [Docket No. 13]. Therefore, IT IS ORDERED THAT:

1. Defendant Huddleston's Motion to Dismiss [Docket No. 5] is GRANTED.

2. The complaint is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 16, 2013

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge
